No. 76–6054. ROSE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6062. MATTHEWS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6072. TROLLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6073. SCOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6083. BRASHIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6087. ZAMARRIPA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6094. LEWIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6095. BUFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6100. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6111. LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1763. GUNN, WARDEN *v.* SESSER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.